ADAIR v. ADAIR

No. 369P83.

Case below: 62 N.C. App. 493.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 September 1983.

AYDEN TRACTORS v. GASKINS

No. 266P83.

Case below: 61 N.C. App. 654.

Petition by plaintiff and third-party defendant for discretionary review under G.S. 7A-31 denied 7 September 1983.

BELLEFONTE UNDERWRITERS INSUR. CO. v. ALFA
    AVIATION

No. 237PA83.

Case below: 61 N.C. App. 544.

Petition by defendants for discretionary review under G.S. 7A-31 allowed 7 September 1983.

BLUE CROSS AND BLUE SHIELD v. ODELL ASSOCIATES

No. 236P83.

Case below: 61 N.C. App. 350.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 7 September 1983.

BRUCE v. N.C.N.B.

No. 376P83.

Case below: 62 N.C. App. 724.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 7 September 1983.